IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE GORDON YODER, JR.                                                            PLAINTIFF

Vs                              CASE NO.: 4:07CV00690 BSM

UNITED STATES OF AMERICA                                                            DEFENDANT

## ORDER OF DISMISSAL

The parties appeared before Magistrate Judge H. David Young on November 4, 2008, and having reached an amicable settlement, advise the Court that this case can be dismissed.

IT IS THEREFORE ORDERED that all claims in this action shall be, and they are hereby, dismissed with prejudice.

IT IS SO ORDERED this 5th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE